428 A.2d 235

Commonwealth v. Cara, Appellant.

Submitted September 13, 1979. John J. Cerra, for appellant; Ernest Preate, Jr., District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

The judgment of sentence is affirmed.